UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, on behalf of himself and all others similarly situated,
                    Plaintiffs,

-against-

CEREBELLY INC.
                    Defendant.

Case No. 1:21-cv-03467-JGK
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
         August 9, 2021

Respectfully submitted,

By: /s/ Mars Khaimov
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

The Clerk is directed to close this case.

SO ORDERED:

/s/ J. G. Koeltl
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8-10-21